# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 17, 2023

Lyle W. Cayce
Clerk

———————

No. 22-40356
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Anselmo Picazo-Sanchez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:21-CR-1048-1

_____

Before Stewart, Dennis, and Willett, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Anselmo Picazo-Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Picazo-Sanchez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40356

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.